IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MILLISON : | |
| : | Civil Action No. 17-1567 |
| **Plaintiff** : | |
| vs. : | |
| : | |
| FRANK SHANNON : | |
| and : | |
| JOHN DOES 1-10 : | |
| **Defendants** : | |

## ORDER DISMISSING WITH PREJUDICE
## ALL CLAIMS AGAINST DEFENDANT FRANK SHANNON AND JOHN DOES 1-10

The Court, having considered the parties' Stipulation of Dismissal with Prejudice,

IT IS ORDERED that all of Plaintiff's claims against Defendants Frank Shannon and John Doe Defendants 1-10 are dismissed with prejudice, with each party to bear its own costs, attorney's fees and other expenses of litigation.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH MILLISON** : | |
| : | **Civil Action No. 17-1567** |
| **Plaintiff** : | |
| vs. : | |
| : | |
| **FRANK SHANNON** : | |
| and : | |
| **JOHN DOES 1-10** : | |
| **Defendants** : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Joseph Millison, and defendant, Frank Shannon, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the claims against Defendant Frank Shannon, should be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation. The parties and counsel also agree to the dismissal with prejudice of the John Doe Defendants 1-10.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew B. Weisberg* | */s/Suzanne McDonough* |
| **Matthew B. Weisberg, Esq.** | **Suzanne McDonough, Esq.** |
| **David Berlin, Esq.** | Pa. ID 29394 |
| Of | Holsten & Associates |
| Weisberg Law | One Olive Street |
| 7 South Morton Avenue | Media, PA |
| Morton, Pa. 19070 | Attorney for Defendant Frank Shannon |
| Attorney for Plaintiff | (610) 627-8307 |
| | smcdonough@holstenassoc.com |

## CERTIFICATE OF SERVICE

**I, Suzanne McDonough, Esquire**, counsel for Defendant, Frank Shannon, hereby states that a true and correct copy of the attached executed Stipulation of Dismissal with Prejudice was filed electronically on October 26, 2017 with the Clerk of Court using the CM/ECF system with serviced served upon the counsel for plaintiff below.

>Matthew B. Weisberg, Esq.
>David Berlin, Esq.
>Weisberg Law
>7 South Morton Avenue
>Morton, Pa.  19070
>Attorneys for plaintiff

>*/s/ Suzanne McDonough*
>**Suzanne McDonough, Esquire**
>Pa. I.D. No.:  29394
>Holsten & Associates
>One Olive Street
>Media, PA  19063
>Attorneys for Defendant, Frank Shannon
>(610) 627-8307
>smcdonough@holstenassoc.com